AO 455(Rev. 5/85) Waiver of Indictment

FILED
AUG - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

PATRICK STEVEN CUTBIRTH

WAIVER OF INDICTMENT

CASE NUMBER: 08CR2560-H

I, PATRICK STEVEN CUTBIRTH, the above named defendant, who is accused of Title 18, U.S.C., Sec. 1343 - Wire Fraud (Felony) being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on August 1, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Patrick Steven Cutbirth
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER