# MINUTES OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

USA vs PATRICK STEVEN CUTBRITH No. 08-CR-2560 H

Hon. N/A Deputy Clerk N/A Court Reporter N/A

It is hereby ordered that MARILYN L. HUFF hereby recuses from the above entitled case and orders that the case be reassigned to another judge.

Assigned to: JOHN A. HOUSTON

New Case #: '08 CR 2560 JAH

**Please forward judge's court file to new assigned judge.**

Date: August 7, 2008 Deputy: T.Mason

T. Mason